HAROLD CALIGUIRE, AS ADMINISTRATOR AD PROSE-
QUENDUM FOR THE ESTATE OF VINCENT CALIGUIRE
AND HAROLD CALIGUIRE, INDIVIDUALLY, PLAIN-
TIFF-APPELLANT, v. CITY OF UNION CITY IN THE
COUNTY OF HUDSON, A MUNICIPAL CORPORATION OF
THE STATE OF NEW JERSEY, DEFENDANT-RESPON-
DENT.

Argued January 20, 1969—Decided February 3, 1969.

*Mr. Robert J. Carluccio* argued the cause for plaintiff-
appellant.

*Mr. Robert J. Wall* argued the cause for defendant-re-
spondent (*Mr. Thomas J. Kilcoyne,* on the brief).

The opinion of the court was delivered
PER CURIAM. The judgment of the Appellate Division
is affirmed for the reasons given in the majority opinion
104 *N. J. Super.* 210 (*App. Div.* 1967).

*For affirmance*—Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL and HANEMAN—6.

*For reversal*—None.